UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-09944 |
| | ) | |
| OUIDA M. HOWARD, | ) | Chapter 13 |
| | ) | |
| | ) | Judge CASSLING |
| Debtor(s). | ) | |

## NOTICE OF MOTION

**The following parties have been served via electronic mail:**
US Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com
M.O. Marshall, Chapter 13 Trustee: ecf@tvch13.net

**The following party(s) have been served via regular US mail:**
See attached service list.

PLEASE TAKE NOTICE that on April 8, 2021, at 9:30 am, I will appear before the Honorable Judge Cassling, or any judge sitting in that judge's place, and present the Motion to Incur Additional Debt, and Shorten Notice, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

## **PROOF OF SERVICE**

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Christine H. Clar, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: March 30, 2021         /s/ Christine H. Clar
                                         Christine H. Clar, A.R.D.C. #6202332
                                         Attorney for the Debtor(s)

Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
Davidsiegelbk@gmail.com

**The following party(s) have been served via regular US mail:**

Mrs. Ouida Howard
451 E. Mulberry Ct.
Glenwood, IL 60425

Capital One Auto finance
P.O. Box 165028
Irving, TX 75016

Quantum3 Group
Comenity Bank
P.O. box 788
Kirkland, WA 98083-0788

Educational Credit Management
P.O. box 16408
St. Paul, MN 55116-0408

Navient Solutions/TGSLC
P.O. Box 83100
Round Rock, TX 78683-3100

Ingalls Hospital
One Ingalls Drive
Harvey, IL 60426

US Dept. of Education
Claims Filing Unit
P.O. Box 8973
Madison, WI 53708-8973

TD Bank
c/o Weinstein & Riley
2001 Western Ave., Ste. 400
Seattle, WA 98121

JP Morgan Chase Bank
National Bankruptcy Dept.
P.O. Box 29505 AZ1-1191
Phoenix, AZ 85038

Capital One
c/o Becket and Lee
P.O. Box 3001
Malvern, PA 19355-0701

LVNV Funding
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC  29603-0587

Portfolio Recovery Assoc./Synchrony Bank
Old Navy/Capital One
P.O. Box 41067
Norfolk, VA  23541

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-09944 |
| | ) | |
| **OUIDA M. HOWARD,** | ) | Chapter 13 |
| | ) | |
| | ) | Judge CASSLING |
| Debtor(s). | ) | |

### MOTION TO ALLOW DEBTOR TO INCUR ADDITIONAL DEBT AND SHORTEN NOTICE

NOW COMES the Debtor, by and through her attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC, to present his Motion, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On March 29, 2017 the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on June 15, 2017. Tom Vaughn was appointed Trustee in this case.

3. The Debtors Chapter 13 plan provides for payments of $700.00 monthly for an initial plan term of 60 months, with payments to the General Unsecured Creditors of 100% of their allowed claims.

4. That at the time of filing Debtor owned and possessed a 2013 Hyundai Sonata and a 2012 Honda Odyssey.

5. Both vehicles are having engine problems and are not running. Debtor requires a replacement vehicle for a successful reorganization. Debtor desires to purchase a replacement vehicle (2020 Chevrolet Malibu) from World Hyundai. (See attached Exhibit A.)

6. That Debtor has the ability to pay for said vehicle by adjusting her monthly budget as needed, because she cannot work without access to a vehicle.

7. That Debtor is ahead with her plan payments, and no creditors shall be prejudiced by the granting of this motion.

WHEREFORE, the Debtor, OUIDA HOWARD, prays that this Honorable Court grant the Motion to Allow Debtor to Incur Additional Debt.

Respectfully Submitted,

/s/Christine H. Clar
Christine H. Clar, ARDC #6202332
Attorney for Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100
davidsiegelbk@gmail.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>OUIDA M. HOWARD,<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 17-09944<br><br>Chapter: 13<br><br>Honorable Donald R. Cassling |

### ORDER GRANTING LEAVE TO INCUR ADDITIONAL DEBT AND SHORTEN NOTICE

THIS MATTER coming to be heard on the motion of Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED:

1) Debtor is granted leave to obtain financing in the amount of 25,000.00 at 23% APR with monthly payments of $600.00 for the purchase of a 2020 Chevrolet Malibu or similar vehicle.

2) That the leave to shorten notice is granted.

Enter:

Dated:                                                                                      United States Bankruptcy Judge

**Prepared by:**
Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com